# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2006

130159

TIMOTHY HASSETT, JOHN DOE, WILLIAM
JOHNSON, a/k/a "GOLF SHOES" JOHNSON,
and JOHN FRUCIANO,
        Plaintiffs-Appellants,

v

ARCHDIOCESE OF DETROIT,
        Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130159
COA: 261483
Wayne CC: 04-414439-NZ

_____/

      On order of the Court, the application for leave to appeal the November 10, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2006

t0427

_____
Clerk